UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

OKLAHOMA CITY, OK
DATE: OCTOBER 15, 2025

**ENTER ORDER:**

Pursuant to G.O. 25-8, the following cases are STAYED effective October 1, 2025.  All deadlines, hearings, and trials will be reset by later order of the Court.

| Case No. | Case Name |
| --- | --- |
| MC-22-6-G | United States of America v. Tinker Federal Credit Union |
| MC-25-1-G | Veranda Custom Homes Inc v. Internal Revenue Service |
| CIV-16-1133-G | United States Department of Labor v. Jani-King of Oklahoma Inc |
| CIV-21-740-G | Simmons v. Roth |
| CIV-22-983-G | Blackburn v. Oklahoma City VA Health Center |
| CIV-23-226-G | Miller Pro Audio LLC v. Small Business Administration et al |
| CIV-23-629-G | Ressel et al v. United States of America et al |
| CIV-24-363-G | Holata et al v. United States |
| CIV-24-560-G | Jefferson v. United States of America |
| CIV-24-786-G | McConnell v. United States Postal Service et al |
| CIV-24-1018-G | Wright v. US Department of Education et al |
| CIV-24-1029-G | Wilson v. Commissioner of Social Security Administration et al |
| CIV-25-299-G | Clark v. Stitt et al |
| CIV-25-595-G | Hunter v. Driscoll |
| CIV-25-873-G | Lujan et al v. Federal Deposit Insurance Corporation et al |
| CIV-25-886-G | Tours Flying De Chihuahua SA De CV v. United States of America et al |
| CIV-25-896-G | Gomez v. BOP Federal et al |
| CIV-25-1072-G | Spensley v. United States of America |
| CIV-25-1110-G | Mize v. United States of America |
| CIV-25-1197-G | Womack et al v. The United States of America |

By direction of Judge Goodwin, we have entered the above enter order.

JOAN KANE, CLERK

By: /s/ Jacob Buckle
Deputy Clerk